McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. 1:06cr00028 AWI |
|                                     ) | |
| Plaintiff,                          ) | STIPULATION AND ORDER TO |
|                                     ) | VACATE TRIAL DATE AND |
|                                     ) | ENTER CHANGE OF PLEA |
| v.                                  ) | |
|                                     ) | |
| SUKHMINDER SINGH,                   ) | |
|                                     ) | |
| Defendant.                          ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorneys for the government, and ROBERT RAINWATER, attorney for SUKHMINDER SINGH, to vacate the trial date currently set for September 26, 2006 and set a change of plea hearing for **October 23, 2006 at 9:00 a.m.**
   The parties have reached an agreement in principle that will result in the defendant entering a guilty plea. However, the government requires additional time to verify some information necessary to craft the plea agreement. Likewise, the defendant needs additional time to review and sign the proposed plea agreement. Should the matter not resolve as expected, the defendant

requires additional time for defense investigation and trial preparation.

  Both parties stipulate that time shall be excluded for the above purposes until the new hearing date of October 23, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED,

Dated: August 31, 2006        McGREGOR W. SCOTT
                  United States Attorney

                  /s/ Virna L. Santos
                   VIRNA L. SANTOS
                  Assistant U. S. Attorney

Dated: August 31, 2006        /s/ Robert Rainwater
                  ROBERT RAINWATER
                  Attorney for Suhkminder Singh

## ORDER

  The parties' stipulated request to vacate the trial date of September 26, 2006 and set a change of plea hearing on **October 23, 2006 at 9:00 a.m.** is hereby **GRANTED**. Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties' request to allow for further investigation and trial preparation by defense counsel.

IT IS SO ORDERED.

**Dated: September 1, 2006**       **/s/ Anthony W. Ishii**
0m8i78                UNITED STATES DISTRICT JUDGE